No; 12-13-00343-CR

Richard Earl Hartsfield          §          The Court of Appeal's

Appellant                        §          Twelfth Court of Appeals

The State of Texas               §          Tyler, Texas

July 27-2015

To: the Honorable Clerk Cathy Lusk


Ruled on Dec-3-2014 by this Court without serving or providing the Appellant
a copy of the state of texas Brief used to challenge Appellant,s Brief.
The Appellant Ask,s this Court is that An Error? One to the fact, Appellant
must have the state,s brief to proceed unto the 11.07 phase of his Appeals.

   Appellant futher ask's is there a date filed for the state's brief and if th-
is court could send him a copy of the state.s brief. The Appellant would App-
reciate your assistance in helping to resolve this matter as soon as possible.


                                        Richard Earl Hartsfield

                                        Richard Hartsfield

                                        Pro-se
                                        Michael Unit - #1906378
                                        2664 FM 2054
                                        Tennessee Colony, Texas 75886


C.C: F/VIP

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 31 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK